# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00080 |
| ) | Judge Trauger |
| THOMAS A. ZURAWEK ) | |

## ORDER

The court is in receipt of a memorandum from U.S. Probation Officer Jon R. Hahn dated October 26, 2016.

It is hereby **ORDERED** that the Clerk shall file this memorandum as part of the record in this case.

It is so **ORDERED**.

ENTER this 31st day of October 2016.

_____
ALETA A. TRAUGER
U.S. District Judge